IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02386-CMA

BLACK MESA WATER COALIATION,
DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
TO NIZHONI ANI,
CENTER FOR BIOLOGICAL DIVERSITY, and
SIERRA CLUB,

    Plaintiffs,

v.

WESTERN REGION OFFICE OF SURFACE
MINING RECLAMATION AND ENFORCEMENT, a federal agency
within the U.S. Department of Interior, and
U.S. DEPARTMENT OF INTERIOR,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship and present personal relationship with Secretary of Interior Ken Salazar, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: October __4__, 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge