**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02386-REB-CBS

BLACK MESA WATER COALITION,
DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
TO NIZHONI ANI,
CENTER FOR BIOLOGICAL DIVERSITY, and
SIERRA CLUB,

      Plaintiffs,

v.

WESTERN REGION OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,
a federal agency the U.S. Department of Interior, and
U.S. DEPARTMENT OF INTERIOR,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation of Dismissal** [#22] filed February 4, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal** [#22] filed February 4, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated February 4, 2011, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge